**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Greg<br>First name<br>Manuel<br>Middle name<br>Gonzalez<br>Last name and Suffix (Sr., Jr., II, III) | First name<br>Middle name<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx-xx-6166 | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | 10 Elk Avenue<br>New Rochelle, NY 10804<br>Number, Street, City, State & ZIP Code<br><br>Westchester<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

Debtor ____ Relationship to you ____
District ____ When ____ Case number, if known ____
Debtor ____ Relationship to you ____
District ____ When ____ Case number, if known ____

**11. Do you rent your residence?**

- ☒ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 Greg Manuel Gonzalez Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☒ Yes. Name and location of business

Part owner of parking garage businesses
Name of business, if any

as reflected on the spreadsheet incuded as part of the schedules
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard? ____________

If immediate attention is needed, why is it needed? ____________

Where is the property? ____________
Number, Street, City, State & Zip Code

Debtor 1 Greg Manuel Gonzalez Case number *(if known)*

**Part 5:** **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Certificate Number: 15725-NYS-CC-041346094

15725-NYS-CC-041346094

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 19, 2026, at 7:14 o'clock PM EDT, Greg Gonzalez received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of New York, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: August 19, 2026

By: /s/Jeffrey Jose Moreno Cruz

Name: Jeffrey Jose Moreno Cruz

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

- ☐ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Greg Manuel Gonzalez
Greg Manuel Gonzalez
Signature of Debtor 1

Signature of Debtor 2

Executed on August 21, 2026
MM / DD / YYYY

Executed on
MM / DD / YYYY

Debtor 1 Greg Manuel Gonzalez Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Kevin Nash
Signature of Attorney for Debtor

Date August 21, 2026
MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone

Email address knash@gwfglaw.com

1927656 NY
Bar number & State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: Chapter 11/Subchapter V

Greg Manuel Gonzalez, Case No.

Debtor.

---------------------------------------------------------------x

**DECLARATION PURSUANT TO LOCAL RULE 1007-2**

Greg Manuel Gonzalez declares the following under penalties of perjury pursuant to 28 U.S.C. Section 1746:

1. I am the individual Chapter 11 debtor herein, and as such I am fully familiar with the facts and circumstances set forth below. I respectfully submit this Declaration in accordance with Local Rule 1007-2 in support of my voluntary petition under Subchapter V of Chapter 11 of the Bankruptcy Code.

**Background**

2. I have been engaged in the parking garage business for the better part of my adult life. I am a partner in a chain of parking garages doing business under the tradename "Manhattan Parking Group" or "MPG". Manhattan Parking Group operates approximately 130 garages mainly in the City of New York and Westchester County, with a handful of locations outside of this area.

3. I derive my primary source of income from MPG and related real estate. My partners in MPG are primarily members of the Lipman family. An itemized listing of my various interests in the garages is set forth in an excel spreadsheet included as part of the accompanying schedules, with good faith estimates of value. The estimated values take into consideration conventional minority and marketability discounts, since there is no ready market for my interests,

which are subject to restrictions under the operating agreements with my partners. The excel spreadsheet does not include any garages owned by the Lipmans without me.

4. While the business of MPG is fundamentally sound, my need for Chapter 11 relief arises out an inter-family dispute with my brothers, Clifford and Steven, which is subject to a pending but incomplete arbitration before the American Arbitration Association ("AAA").

5. The lead-up to the family dispute is worth highlighting since it is the driving force for commencement of the Chapter 11 filing. The core dispute has its genesis in the aftermath of my father's death in 2006. While my father was alive, I helped provide for his support from funds derived from several garages in the MPG portfolio located in the vicinity of Bronx Lebanon Hospital and commonly referred to as the "Bronx Lebanon Locations". My father was never an owner of these garages, but I felt compelled to lend financial assistance to him during the later years of his life.

6. In 2007, following my father's death, my brothers, who had no interest whatsoever in any of the MPG garages, made claims to the support I was providing to my father while he was alive. Due to their financial situation, I also believed it incumbent on me as the oldest brother to assist them as well.

7. To address these claims, my brothers and I participated in an arbitration convened before a family accountant, James P. Frederick. This final arbitration resulted in an agreement for me to pay my brothers the combined sum of $740,000 over a period of fifteen (15) years without interest from operations at the Bronx Lebanon Locations, and with the proviso that after the expiration of the 15 year period in 2021, the parties would then "develop and implement a similar continual agreement with similar economic benefits for all involved". By that language, and as

confirmed by Mr. Frederick, the agreement relates to operations at specific locations, to wit, the Bronx Lebanon Locations, and not the entire portfolio.

8. In 2021, the fifteen year period ended, and the parties reconvened before Mr. Frederick, but could not reach a final new agreement, although I did voluntarily increase the amounts given to my brothers. To my chagrin, my brothers, who never once had an actual interest in the garages then sued to compel a second arbitration. I received notice by ambush, having just spent a weekend together with Steven celebrating his 50th birthday party without any hint of what was coming. Truly no good deed goes unpunished.

9. The second arbitration has since spiraled out of control after my partners in MPG refused to participate in discovery leaving me with the Hobson's choice of suing them or facing adverse inferences during the arbitration relating to the failure to produce documents. I was forced to accept the latter and, despite the prior 15 year history relating to payments to my brothers from the Bronx Lebanon Locations, an interim award was rendered (non-final and non-binding) indicating that my brothers' claims covered all of my interests in the entire Manhattan Parking Group portfolio, even the garages acquired after 2007. This interim award does not square with the prior arbitration agreement or the 15 year history of the payments limited to the Bronx Lebanon Locations. At this point, the prospect of a continued arbitration poses a substantial risk and financial hardship, compelling me to seek Chapter 11 relief as a small business debtor.

10. The purpose of the Chapter 11 filing is to pursue a more balanced and expeditious determination in bankruptcy to fix my brothers' allowed claims following objections consistent with the 2007 agreement both in terms of scope and amount. The allowed amounts shall be paid pursuant to a plan of reorganization under the provisions as permitted by Subchapter V. I am eligible for such relief because my brother's claims are all contingent and unliquidated.

11. By virtue of the Chapter 11 filing, all matters before the AAA are stayed and the matter can best be concluded in bankruptcy.

**Local Rule 1007-2 Disclosures**

12. Pursuant to Local Rule 1007-2(a)(1), I am a small business debtor within the meaning of 11 U.S.C. § 101(51D).

13. Pursuant to Local Rule 1007-2(a)(2) and (3) no trustee was appointed and no committee of creditors was formed prior to the filing of the petition.

14. Pursuant to Local Rule 1007-2(a)(4), a list of the my twenty largest creditors is being filed herewith.

15. Pursuant to Local Rule 1007-2(a)(5), a list of the my secured creditors is set forth in the bankruptcy schedules being filed herewith.

16. Pursuant to Local Rule 1007-2(a)(6), my assets and liabilities are set forth in the bankruptcy schedules filed herewith. The schedules do not include guarantees of loans issued on behalf of MPG entities that are fully performing and not in default. Further information can be provided as necessary.

17. Pursuant to Local Rule 1007-2(a)(8), none of my property is in the hands of a custodian or receiver.

18. Pursuant to Local Rule 1007-2(a)(9), I own my residence in New Rochelle and a second home in Florida as joint tenants with my wife, all as set forth in the bankruptcy schedules filed herewith.

19. Pursuant to Local Rule 1007-2(a)(10), my books and records are located at my home in New Rochelle.

20. Pursuant to Local Rule 1007-2(a)(xiii), I am a party to the arbitration with my brothers before the AAA.

**Small Business Disclosures**

21. Since I am an individual and my assets and liabilities are set forth in the schedules, the requirement to file the most recent balance sheet, statement of operations and cash-flow statement should be excused. I will provide a copy of my last filed tax return and personal financial statement to the Subchapter V Trustee.

Dated: New York, NY
August 21, 2026

Greg Manuel Gonzalez

**Fill in this information to identify your case:**

Debtor 1: Greg Manuel Gonzalez
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known):

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

Aronauer & Yudell LLP
711 Westchester Avenue
White Plains, NY 10604

Contact:

Contact phone:

**What is the nature of the claim?** — $195,769.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

**2**

Clifford Gonzalez
c/o Rosen Karol & Salis
110 East 55th Street
New York, NY 10023

Contact:

Contact phone:

**What is the nature of the claim?** — Unknown

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez Case number *(if known)*

---

**3**

Internal Revenue Service
Centralized insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Contact

Contact phone

**What is the nature of the claim?** For notice purposes Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**4**

JPMorgan Chase Bank
Quaker Ridge Shopping Center
New Rochelle, NY 10804

Contact

Contact phone

**What is the nature of the claim?** $77,837.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**5**

Lazarus and Lazarus P.C.
240 Madison Avenue
New York, NY 10016

Contact

Contact phone

**What is the nature of the claim?** $75,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**6**

NYS Department of Taxation
Bankruptcy/Special Procedures
Section
P.O. Box 5300
Albany, NY 12205

Contact

**What is the nature of the claim?** For notice purposes Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez Case number *(if known)*

Contact phone

Value of security:
Unsecured claim

7

Steven Gonzalez
c/o Rosen Karol & Salis
110 East 55th Street
New York, NY 10023

Contact

Contact phone

**What is the nature of the claim?** Unknown

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:
  - Unsecured claim

**Part 2:** Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X /s/ Greg Manuel Gonzalez
Greg Manuel Gonzalez
Signature of Debtor 1

X
Signature of Debtor 2

Date August 21, 2026

Date



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

Debtor 1: Greg Manuel Gonzalez (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1

10 Elk Avenue
Street address, if available, or other description

New Rochelle NY 10804
City State ZIP Code

Westchester
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,400,000.00 | $2,400,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy by the Entirety

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez Case number *(if known)*

If you own or have more than one, list here:

1.2

1741 Gulfstream Way
Street address, if available, or other description

West Palm Beach FL 33411
City State ZIP Code

Palm Beach
County

**What is the property?** Check all that apply

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $850,000.00 | $850,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Joint ownership with wife

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>** $3,250,000.00

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☒ No
- ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☒ No
- ☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>** $0.00

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☒ Yes. Describe.....

| | |
|---|---|
| Household goods and furnishings (joint) | $35,000.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez Case number *(if known)*

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe.....

| | |
|---|---|
| Miscellaneous electronic equipment (joint) | $5,000.00 |

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe.....

| | |
|---|---|
| Two sets of Golf clubs (used) | $2,000.00 |

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.....

| | |
|---|---|
| Miscellaneous clothing | $2,500.00 |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe.....

| | |
|---|---|
| Watch collection | $270,000.00 |
| Wedding band | |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ **$314,500.00**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?** **Current value of the**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes....................

| | |
|---|---|
| Cash | $500.00 |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.................... Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | HSBC (Joint Account 329) (one half) | $15,000.00 |
| 17.2. | Brokerage | Morgan Stanley (Joint Account 683) (one half) | $356,000.00 |
| 17.3. | Brokerage | Morgan Stanley (Account 685) | $43,096.00 |
| 17.4. | Brokerage | Morgan Stanley (Account 690) | $13,506.00 |
| 17.5. | Brokerage | Morgan Stanley (Account 691) | $91,582.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☒ Yes.................. Institution or issuer name:

See above Morgan Stanley Accounts

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| See attached schedule of minority interests in parking garage businesses (MPG) | Varying % | |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | All Entities for Greg Gonzalez | Entity Address | Ownership % | Value before Discounts | Value After Market Ability Discount | Value After Lack of Control Discount |
|---|---|---|---|---|---|---|
| 1 | MP Sawyer Parking LLC | 45 Main St, Yonkers, NY 10701 | 16.66% | | | |
| 2 | Kids Parking Corp | 105 Duane Street, New York, NY 10007 | 15.00% | 5,785 | 4,338.75 | 3,471.00 |
| 3 | Sky Parking Corp | 121 Reade St, New York, NY 10013 | 20.00% | 299,415 | 224,561.25 | 179,649.00 |
| 4 | 80th St Parking Corp | 525 East 80th St, New York, NY 10075 | 50.00% | | - | - |
| 5 | Beta Parking LLC | No Longer in Business | 40.00% | - | - | - |
| 6 | 55th Street LLC | No Longer in Business | 33.33% | - | - | - |
| 7 | Valentine Parking LLC | No Longer in Business | 45.00% | - | - | - |
| 8 | Halo Realty Corp | No Longer in Business | 50.00% | - | - | - |
| 9 | Reliable Parking Corp | 585 East 169th St, Bronx, NY 10456 | 50.00% | 234,090 | 175,567.50 | 140,454.00 |
| 10 | Pronto Parking Corp | No Longer in Business | 15.00% | - | - | - |
| 11 | Poo Parking Corp | 1752 Morris Avenue, Bronx, NY 10457 | 50.00% | 834,630 | 625,972.50 | 500,778.00 |
| 12 | Lardon 1350 LLC | 395 Flatbush Ave, Brooklyn, NY 11238 | 23.33% | 373,195 | 279,896.25 | 223,917.00 |
| 13 | 1020 Parking LLC | 1020 Grand Concourse, Bronx, NY 10451 | 25.00% | 105,185 | 78,888.75 | 63,111.00 |
| 14 | Worthy Parking LLC | 841 10th Ave, New York, NY 10019 | 15.00% | | - | - |
| 15 | Provo Parking LLC | 27 Centre Avenue, New Rochelle, NY 10801 | 50.00% | | - | - |
| 16 | Area Parking LLC | No Longer in Business | 50.00% | - | - | - |
| 17 | Lardon 1330 LLC | 395 Flatbush Ave, Brooklyn, NY 11238 | 25.00% | 6,100 | 4,575.00 | 3,660.00 |
| 18 | Solid Parking LLC | 1752 Grand Concourse, Bronx, NY 10457 | 50.00% | 371,745 | 278,808.75 | 223,047.00 |
| 19 | Manhattan Parking 110 LLC | 543 West 110th St, New York, NY 10025 | 23.33% | 216,385 | 162,288.75 | 129,831.00 |
| 20 | Precise Park Associates LLC - ORE | 1200, 1208 1210 Fulton Avenue and 1203 and 1205 Franklin Avenue Bronx NY 10456 | 50.00% | | - | - |
| 21 | MP Together LLC | No Longer in Business | 16.66% | - | - | - |
| 22 | MP 97 LLC | 217 East 96th St, New York, NY 10128 | 15.00% | | - | - |
| 23 | DL Garage Holdings LLC | No Longer in Business | 23.33% | - | - | - |
| 24 | MP Hub Parking LLC | 3000 Third Ave, Bronx, NY 10455 | 15.00% | | - | - |
| 25 | MP Uptown LLC | 1295 Fifth Ave, New York, NY 10029 | 33.33% | 160,605 | 120,453.75 | 96,363.00 |
| 26 | MP Boerum LLC- ORE | 235 State Street, Brooklyn, NY 11201 | 25.00% | | - | - |
| 27 | MP Manhattan Plaza LLC | 401 W 42nd St, New York, NY 10036 | 15.00% | | - | - |
| 28 | MP Jay LLC | 100 Jay Street, Brooklyn, NY 11201 | 33.33% | | - | - |
| 29 | MP 53 LLC | 250 East 53rd Street, New York, NY 10022 | 15.00% | 11,370 | 8,527.50 | 6,822.00 |
| 30 | MP Beth Parking LLC | 400 E 84th St, New York, NY 10028 | 21.66% | 18,920 | 14,190.00 | 11,352.00 |
| 31 | MP 17 LLC | 450 West 17 Street, New York, NY 10011 | 15.00% | 20,500 | 15,375.00 | 12,300.00 |
| 32 | MP 47 LLC | No Longer In Business | 15.00% | - | - | - |
| 33 | MP 40 MV LLC | 40 East Sidney Avenue, Mount Vernon, NY 10550 | 25.00% | | - | - |
| 34 | MP BTM LLC | 651 River Ave AKA 700 Exterior Street, Bronx, NY 10451 | 15.00% | | - | - |
| 35 | Gem Parking Corp | 260 E 188th St, Bronx, NY 10458 | 45.00% | | - | - |
| 36 | Bronx Four Lots LLC- ORE | 1646 Weeks Ave, Bronx, NY 10457 | 50.00% | | | |
| 37 | MP Exterior LLC | 610 Exterior Street, Bronx, NY 10461 | 15.00% | | - | - |
| 38 | MP West 12 LLC | 469 West St AKA 400 W 12 St, New York, NY 10014 | 15.00% | | - | - |
| 39 | MP Pearl LLC | 2510 Westchester Avenue, Bronx, NY 10461 | 45.00% | 122,165 | 91,623.75 | 73,299.00 |
| 40 | MP River LLC- ORE | 1111 Gerard Avenue, Bronx, NY 10452 | 40.00% | | - | - |
| 41 | MP 325 LLC | 325 North End Avenue, New York, NY 10282 | 18.33% | | - | - |
| 42 | MP 400 LLC | 400 Chambers St, New York, NY 10282 | 21.66% | 11,600 | 8,700.00 | 6,960.00 |
| 43 | MP 93 LLC | 340 East 93 Street, New York, NY 10128 | 33.33% | 51,770 | 38,827.50 | 31,062.00 |
| 44 | MP 225 LLC | No Longer in Business | 18.75% | - | - | - |
| 45 | MP 41 LLC | 440 West 42nd St, New York, NY 10036 | 18.33% | | - | - |
| 46 | MP 99 LLC | 1559 Lexington Ave, New York, NY 10029 | 40.00% | 57,970 | 43,477.50 | 34,782.00 |
| 47 | MP Garden LLC | 2960 Webster Ave AKA 401 Bedford Pk Blvd, Bronx, NY 10458 | 40.00% | | - | - |
| 48 | MP Garden Operating LLC | 2960 Webster Ave AKA 401 Bedford Pk Blvd, Bronx, NY 10458 | 40.00% | | - | - |
| 49 | MP Water LLC | No Longer in Business | 45.00% | - | - | - |
| 50 | MP 66 LLC | No Longer in Business | 15.00% | - | - | - |
| 51 | MP 102 LLC | 4 E 102nd St, New York, NY 10029 | 40.00% | 496,875 | 372,656.25 | 298,125.00 |
| 52 | MP Bronx Pro LLC | 4455 Douglas Avenue, Bronx, NY 10471 | 33.33% | | - | - |
| 53 | MP 144 LLC | No Longer in Business | 15.00% | - | - | - |
| 54 | MP 65-09 LLC | 65-09 99th St, Rego Park, NY 11374 | 33.33% | | - | - |
| 55 | MP 98-41 LLC | 6536 99 Street, Rego Park, NY 11374 | 33.33% | 12,035 | 9,026.25 | 7,221.00 |
| 56 | MP 126 LLC | 163 East 125th St, New York, NY 10035 | 33.33% | | - | - |
| 57 | 189 PKG LLC | No Longer in Business | 45.00% | - | - | - |
| 58 | MP 1775 LLC | 1775 Grand Concourse, Bronx, NY 10453 | 40.00% | | - | - |
| 59 | MP West 20 LLC | 180 West 20 Street, New York, NY 10011 | 21.66% | 85,230 | 63,922.50 | 51,138.00 |
| 60 | MP West 30 LLC | 500 West 30 Street, New York, NY 10001 | 10.83% | 945 | 708.75 | 567.00 |
| 61 | MP Gerard LLC- ORE | 686 Gerard Avenue, Bronx, NY 10451 | 40.00% | | | |
| 62 | MP West 29 LLC | 529 West 29 Street, New York, NY 10001 | 10.83% | | - | - |
| 63 | MP Sunnyside Up LLC | No Longer in Business | 40.00% | - | - | - |
| 64 | MP 2026 LLC | 2026 Westchester Ave, Bronx, NY 10462 | 40.00% | 106,340 | 79,755.00 | 63,804.00 |
| 65 | MP Hunter 50 LLC | 1-50 50th Avenue, Long Island City, NY 11101 | 21.66% | | - | - |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | MP Centre LLC- ORE | 27 Centre Avenue, New Rochelle, NY 10801 | 50.00% | | | |
| 67 | MP Park Associates LLC | 810 River Ave, Bronx, NY 10451 | 45.00% | | - | - |
| 68 | MP Apex LLC | 108-40 Horace Harding Expressway, Forest Hills, NY 11375 | 45.00% | | - | - |
| 69 | MP East 87th LLC | No Longer in Business | 16.66% | - | - | - |
| 70 | MP New Roc LLC | No Longer in Business | 21.66% | - | - | - |
| 71 | MP 1521 LLC | No Longer in Business | 40.00% | - | - | - |
| 72 | MP Watts LLC | 456 Washington Street, New York, NY 10013 | 21.66% | | - | - |
| 73 | MP Hudson LLC | 501 W 30th St, New York, NY 10001 | 21.66% | 155,220 | 116,415.00 | 93,132.00 |
| 74 | MP Morris Avenue Parking LLC- ORE | 1505 Morris Ave, Bronx, NY 10457 | 50.00% | | - | - |
| 75 | MP Westy LLC | 55 W 14th St, New York, NY 10011 | 25.00% | | - | - |
| 76 | MP 2020 LLC | 2020 Boston Road, Bronx, NY 10460 | 40.00% | 105,500 | 79,125.00 | 63,300.00 |
| 77 | MP 30 Yards LLC | 520 West 30 Street, New York, NY 10001 | 10.83% | 5,090 | 3,817.50 | 3,054.00 |
| 78 | MP West 58 LLC | 400 W 59th St, New York, NY 10019 | 21.66% | 110,975 | 83,231.25 | 66,585.00 |
| 79 | MP Flushing 41 LLC | 133-55 41st Ave, Flushing, NY 11355 | 33.33% | 44,110 | 33,082.50 | 26,466.00 |
| 80 | MP Hack 385 LLC | 385 Prospect Avenue, Hackensack, NJ 07061 | 45.00% | | - | - |
| 81 | MP Green 21 LLC | 19 India Street, Brooklyn, NY 11222 | 16.66% | | - | - |
| 82 | MP 425 East LLC | 425 East 79 Street, New York, NY 10075 | 33.33% | 99,435 | 74,576.25 | 59,661.00 |
| 83 | MP New Garden LLC | 227 West 30 Street, New York, NY 10001 | 20.00% | | - | - |
| 84 | MP Lincoln Garage LLC | 323 W 34th St, New York, NY 10001 | 20.00% | | - | - |
| 85 | MP Times Square Garage LLC | 141 W 43rd St, New York, NY 10036 | 20.00% | | - | - |
| 86 | MP Post Office LLC | 340 W 31st St, New York, NY 10001 | 20.00% | | - | - |
| 87 | MP Gotham Garage LLC | 9 West 35th Street, New York, NY 10018 | 20.00% | | - | - |
| 88 | MP West 52 LLC | 888 8th Ave, New York, NY 10019 | 16.66% | 170,570 | 127,927.50 | 102,342.00 |
| 89 | MP Battery 70 LLC | 70 Little West St, New York, NY 10004 | 16.66% | 3,080 | 2,310.00 | 1,848.00 |
| 90 | MP 475 LC | 810 Fulton Street, Brooklyn, NY 11238 | 16.66% | | - | - |
| 91 | MP Mad 106 LLC | 1560 Madison Avenue, New York, NY 10029 | 45.00% | 49,835 | 37,376.25 | 29,901.00 |
| 92 | MP 34 Tribeca LLC | 450 Washington St, New York, NY 10013 | 16.66% | 48,355 | 36,266.25 | 29,013.00 |
| 93 | MP East 26 LLC | 444 2nd Ave, New York, NY 10010 | 45.00% | | - | - |
| 94 | MP East 28 LLC | 479 1st Ave AKA: 479-493 1st Avenue, New York, NY 10016 | 45.00% | 229,470 | 172,102.50 | 137,682.00 |
| 95 | MP East 29 LLC | 333 E 29th St, New York, NY 10016 | 22.50% | | - | - |
| 96 | MP 1650 Weeks LLC- ORE | 1650 Weeks Avenue Bronx, NY 10457 | 50.00% | | - | - |
| 97 | MP Columbus Parking LLC | 10 Columbus Cir, New York, NY 10019 | 16.66% | 248,975 | 186,731.25 | 149,385.00 |
| 98 | MP West 54 LLC | 815 10th Ave, New York, NY 10019 | 16.66% | | - | - |
| 99 | MP Alyn Garage LLC | 152 East 87 Street, New York, NY 10128 | 20.00% | | - | - |
| 100 | MP South Cove LLC | 70 Battery Place, New York, NY 10280 | 16.66% | 6,175 | 4,631.25 | 3,705.00 |
| 101 | MP 80 Dekalb Parking LLC | 74 Dekalb Avenue, Brooklyn, NY 11201 | 16.66% | | - | - |
| 102 | MP Heights Parking LLC | 107 Columbia Heights, Brooklyn, NY 11201 | 16.66% | | - | - |
| 103 | MP Seagirt LLC | 20-57 Seagirt Boulevard, Far Rockaway, NY 11691 | 16.66% | | - | - |
| 104 | MP Lincoln Square Parking LLC | 143 W 68th St, New York, NY 10023 | 16.66% | 3,425 | 2,568.75 | 2,055.00 |
| 105 | MP 220 LLC | No Longer in Business | 16.66% | - | - | - |
| 106 | MP Battery Gateway LLC | 345 S End Ave, New York, NY 10280 | 25.00% | | - | - |
| 107 | MP 1509 LLC | 1509 Morris Avenue, Bronx NY 10457 | 50.00% | | - | - |
| 108 | Morris Avenue Associates I LLC | Is MP Morris Avenue Parking LLC | 50.00% | | - | - |
| 109 | MP 2909 LLC | 27-40 Hoyt Ave S, Astoria, NY 11102 | 45.00% | 64,670 | 48,502.50 | 38,802.00 |
| 110 | MP Creston LLC | 2519 Creston Ave, Bronx, NY 10468 | 45.00% | | - | - |
| 111 | MP East 9 LLC | 115 E 9th St, New York, NY 10003 | 16.66% | | - | - |
| 112 | MP Brook Parking LLC | 459 E 149th St, Bronx, NY 10455 | 30.00% | | - | - |
| 113 | MP Fordham Parking LLC | No Longer In Business | 30.00% | - | - | - |
| 114 | MP West 34 Jav LLC | No Longer in Business | 16.66% | - | - | - |
| 115 | MP 200 NE LLC | 300 North End Avenue, New York, NY 10282 | 25.00% | | - | - |
| 116 | MP 445 Lafayette LLC | 445 Lafayette Street, New York, NY 10003 | 16.66% | | - | - |
| 117 | MP Pier Parking LLC | 353 West Street, New York, NY 10014 | 25.00% | 102,500 | 76,875.00 | 61,500.00 |
| 118 | MP 390 LLC | 390 Park Avenue, New York, NY 10022 | 20.00% | 69,260 | 51,945.00 | 41,556.00 |
| 119 | MP West 18 LLC | 515 West 18 Street, New York, NY 10011 | 16.66% | | - | - |
| 120 | MP Broadway 11 LLC | 11 Broadway Brooklyn, NY 11249 | 16.66% | 86,860 | 65,145.00 | 52,116.00 |
| 121 | MP West 351 LLC | 436 9th Ave, New York, NY 10001 | 25.00% | 57,130 | 42,847.50 | 34,278.00 |
| 122 | MPNR Garden Street LLC | 26 Garden St, New Rochelle, NY 10801 | 45.00% | | - | - |
| 123 | MP Ashland Parking LLC | 152 Ashland Pl AKA 196 Willoughby Street, Brooklyn, NY 11201 | 16.66% | | - | - |
| 124 | MP Pier 57 Parking LLC | 29 11th Ave, New york, NY 10011 | 16.66% | 15,140 | 11,355.00 | 9,084.00 |
| 125 | MP Steinway Parking LLC | 36-20 Steinway St, Long Island City, NY 11101 | 30.00% | | - | - |
| 126 | MP West End Parking LLC | 251 W 62nd St, New York, NY 10069 | 16.66% | | - | - |
| 127 | MP Certo 60 Parking LLC | 513 W 59th St, New York, NY 10019 | 16.66% | | - | - |
| 128 | MP West 43 Parking LLC | 360 W 43rd St, New York, NY 10036 | 16.66% | | - | - |
| 129 | MP Enclave Parking LLC | 401 W 20th St, New York, NY 10011 | 16.66% | | - | - |
| 130 | MP Croy Parking LLC | 9 E 85th St, New York, NY 10028 | 16.66% | | - | - |
| 131 | MP 59 Parking LLC | 425 W 59th St, New York, NY 10019 | 16.66% | | - | - |
| 132 | MP Jackson Avenue Parking LLC | 2244 Jackson Avenue, Long Island City, NY 11101 | 16.66% | | - | - |

| | | | | | | |
|---|---|---|---|---|---|---|
| 133 | MP East 67 Parking LLC | 233 E 67th St, New York, NY 10065 | 16.66% | | - | - |
| 134 | MP East 76 Parking LLC | 4 E 76th St, New York, NY 10021 | 16.66% | | - | - |
| 135 | MP East 71 Parking LLC | 210 E 71st St, New York, NY 10021 | 16.66% | | - | - |
| 136 | MP East 55 Parking LLC | 136 E 55th St, New York, NY 10022 | 16.66% | | - | - |
| 137 | MP East 52 Parking LLC | 116 E 52nd St, New York, NY 10154 | 16.66% | | - | - |
| 138 | MP East 69 Parking LLC | 222 E 69th St, New York, NY 10065 | 16.66% | | - | - |
| 139 | MP 52 Broadway Parking LLC | 225 W 52nd St, New York, NY 10019 | 16.66% | | - | - |
| 140 | MP Pine Water Parking LLC | 80 Pine St, New York, NY 10005 | 16.66% | | - | - |
| 141 | MP State Parking LLC | 24 State St, New York, NY 10004 | 16.66% | | - | - |
| 142 | MP 50 Parking LLC | 415 10th Ave, New York, NY 10001 | 21.66% | | - | - |
| 143 | MP West 63 Parking LLC | 1886 Broadway 1886-1896 Broadway, New York, NY 10023 | 25.00% | | - | - |
| 144 | MP East 95 Parking LLC | 182 E 95th St, Brooklyn, NY 10128 | 25.00% | | - | - |
| 145 | MP 35 Sutton LLC | 35 Sutton Place, New York, NY 10022 | 16.66% | | - | - |
| 146 | MP Rockaway LLC | No Longer in Business | 45.00% | - | - | - |
| 147 | MP West 22 LLC | 555 West 22nd St, New York, NY 10022 | 21.67% | | - | - |
| 148 | MP Lexington Parking LLC | 1990 Lexington Avenue, New York, NY 10035 | 30.00% | | - | - |
| 149 | HY Valet Parking LLC | No Longer in Business | 21.67% | - | - | - |
| 150 | MP West 90 Parking LLC | 101 West 90 Street, New york, NY 10024 | 25.00% | | - | - |
| 151 | MP West 95 Parking LLC | 70 W 95th St, New York, NY 10025 | 25.00% | | - | - |
| 152 | MP 125 Metropolitan Parking LLC | No Longer in Business | 30.00% | - | - | - |
| 153 | MP 153-10 Parking LLC | 153-10 88th Ave, Jamaica, NY 11432 | 30.00% | | - | - |
| 154 | MP 360 Huguenot Parking LLC | No Longer in Business | 16.66% | - | - | - |
| 155 | MP 155 East 29th Street Parking LLC | 155 E 29th St, New York, NY 10016 | 16.66% | 27,890 | 20,917.50 | 16,734.00 |
| 156 | MP 15 Huron Parking LLC | 15 Huron St, Brooklyn, New York, NY 11222 | 16.66% | | - | - |
| 157 | MP 16 Dupont Parking LLC | 16 Dupont St, Brooklyn, NY 11222 | 16.66% | | - | - |
| 158 | MP Court Square Parking LLC | 27-28 Thomson Ave, Long Island City, NY 11101 | 16.66% | | - | - |
| 159 | MP Realty Partners LLC- ORE | 545 Fifth Avenue, RM 600, New York, NY 10017 | 50.00% | | | |
| | 31 Coligni Avenue LLC- ORE | Care of Anthoney Marciano - 51 Windsor Oval New Rochelle, NY 10805 | | | - | - |
| | 32 Park Ave Realty LLC- ORE | Care of Anthoney Marciano - 51 Windsor Oval New Rochelle, NY 10805 | | | - | - |
| | 83-85 Washington Ave LLC- ORE | Care of Anthoney Marciano - 51 Windsor Oval New Rochelle, NY 10805 | | | - | - |
| | 95 Washington Ave LLC- ORE | Care of Anthoney Marciano - 51 Windsor Oval New Rochelle, NY 10805 | | | - | - |
| | 99 Washington Ave Realty LLC- ORE | Care of Anthoney Marciano - 51 Windsor Oval New Rochelle, NY 10805 | | | - | - |
| | 105 Washington Ave LLC- ORE | Care of Anthoney Marciano - 51 Windsor Oval New Rochelle, NY 10805 | | | - | - |
| | 107 Lincoln Ave Realty LLC- ORE | Care of Anthoney Marciano - 51 Windsor Oval New Rochelle, NY 10805 | | | - | - |
| 160 | MP Armory LLC | 406 15th St, Brooklyn, NY 11215 | 25.00% | | - | - |
| 161 | MP East 101 LLC | 1955 1st Ave, New York, NY 10029 | 16.66% | | - | - |
| 162 | G & R Parking Services Inc | 545 Fifth Avenue, RM 600, New York, NY 10017 | 95.00% | | - | - |
| | | | | | $ | 3,183,912.00 |

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) (Subject to $250,00 margin loan) | Morgan Stanley Manhattan Parking Systems | $821,291.68 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☐ No
☒ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

See above.response to No., 21

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
☒ Yes. Give specific information about them...

See attached list of life insurance trusts with corresponding policies — TBD

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes. Give specific information..



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Face Amount | Name of Insurance Company | Owner of Policy | Beneficiary | Type of Policy | Cash Value |
|---|---|---|---|---|---|
| 1,000,000 | Athene | Greg Gonzalez II Irrevocable Trust | Greg Gonzalez II Irrevocable Trust | Flexible Premium UL With Indexed Feature | 66,957 |
| 1,500,000 | Manulife Financial | Greg Gonzalez Family Trust Dated 11/19/99 | Greg Gonzalez Family Trust Dated 11/19/99 | 30 Year Term | |
| 1,000,000 | Athene | Greg Gonzalez Family Trust Dated 11/19/99 | Greg Gonzalez Family Trust Dated 11/19/99 | Flexible Premium UL With Equity Indexed Feature | 80,236 |
| 3,000,000 | Northwestern Mutual | Greg Gonzalez Family Trust Dated 11/19/99 | Greg Gonzalez Family Trust Dated 11/19/99 | 20 Year level Term | |
| 2,000,000 | Athene | Gonzalez III Family Trust 11/20/09 | Gonzalez III Family Trust 11/20/09 | Legacy Secure SL | 111,303 |
| 1,000,000 | William Penn | Evelyn Gonzalez Family Trust 11/20/09 | Evelyn Gonzalez Family Trust 11/20/09 | 20 Year level Term | |
| 1,000,000 | Northwestern Mutual | Evelyn Gonzalez Family Trust 11/20/09 | Evelyn Gonzalez Family Trust 11/20/09 | 20 Year level Term | |
| | Total | | | | 258,496 |

Debtor 1 Greg Manuel Gonzalez Case number *(if known)*

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| See attached schedule of life insurance | | $258,496.00 |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**........................................................ $1,599,471.68

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☒ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☒ No
☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes. Describe.....

41. **Inventory**
☒ No
☐ Yes. Describe.....


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez Case number *(if known)*

42. **Interests in partnerships or joint ventures**
☐ No
☒ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| See above response to Question 19 | % | TBD |

43. **Customer lists, mailing lists, or other compilations**
☒ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☒ No
☐ Yes. Describe.....

44. **Any business-related property you did not already list**
☒ No
☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ **TBD**

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
☒ Yes. Give specific information.........

| | |
|---|---|
| Golf club memberships | $1,000.00 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ $1,000.00

**Part 8: List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** | | $3,620,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $0.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $314,500.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $1,599,471.68 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $1,000.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $1,914,971.68 | Copy personal property total $1,914,971.68 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $5,564,971.68 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Greg Manuel Gonzalez | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt
4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 10 Elk Avenue, New Rochelle, NY 10804<br>Westchester County<br>Line from *Schedule A/B*: 1.1 | $2,800,000.00 | ☒ $204,825.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5206 |
| Household goods and furnishings (joint)<br>Line from *Schedule A/B*: 6.1 | $35,000.00 | ☒ $11,975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| Miscellaneous electronic equipment (joint)<br>Line from *Schedule A/B*: 7.1 | $5,000.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| Miscellaneous clothing<br>Line from *Schedule A/B*: 11.1 | $2,500.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| Watch collection<br>Line from *Schedule A/B*: 12.1 | $270,000.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(6) |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez Case number (if known) ______

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Wedding ring (modest)<br>Line from *Schedule A/B*: 12.2 | Unknown | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(6) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Greg Manuel Gonzalez
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known): ____________

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 M&T Bank | $677,711.00 | $2,800,000.00 | $0.00 |
| 2.2 Shellpoint Mortgage Corp. | $574,488.00 | $850,000.00 | $0.00 |

**2.1 M&T Bank**
Creditor's Name

1 M&T Plaza
Buffalo, NY 14203
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
10 Elk Avenue, New Rochelle, NY 10804
Westchester County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____________

**Date debt was incurred** ____________ **Last 4 digits of account number** ____________

**2.2 Shellpoint Mortgage Corp.**
Creditor's Name

75 Beattie Place
Greenville, SC 29601
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
1741 Gulfstream Way, West Palm Beach, FL 33411
Palm Beach County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____________

**Date debt was incurred** ____________ **Last 4 digits of account number** ____________

**Add the dollar value of your entries in Column A on this page. Write that number here:** $1,252,199.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $1,252,199.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez
First Name Middle Name Last Name

Case number (if known)

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Greg Manuel Gonzalez
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☒ Yes.
2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|
| **2.1** Internal Revenue Service — **Last 4 digits of account number** ____ | Unknown | Unknown | Unknown |

**2.1** Internal Revenue Service
Priority Creditor's Name
Centralized insolvency Operations
PO Box 7346
Philadelphia, PA 19101
Number Street City State Zip Code

**When was the debt incurred?** ____________

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____________

For notice purposes

| | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|
| **2.2** NYS Department of Taxation — **Last 4 digits of account number** ____ | Unknown | Unknown | Unknown |

**2.2** NYS Department of Taxation
Priority Creditor's Name
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205
Number Street City State Zip Code

**When was the debt incurred?** ____________

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____________

For notice purposes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez Case number (if known) ____________

**Part 2: List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Aronauer & Yudell LLP — **$195,769.00**

Nonpriority Creditor's Name
711 Westchester Avenue
White Plains, NY 10604
Number Street City State Zip Code

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify ____

**4.2** Clifford Gonzalez — **Unknown**

Nonpriority Creditor's Name
c/o Rosen Karol & Salis
110 East 55th Street
New York, NY 10023
Number Street City State Zip Code

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify ____

**4.3** JPMorgan Chase Bank — **$77,837.00**

Nonpriority Creditor's Name
Quaker Ridge Shopping Center
New Rochelle, NY 10804
Number Street City State Zip Code

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify ____



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez Case number (if known)

4.4 Lazarus and Lazarus P.C.
Nonpriority Creditor's Name
240 Madison Avenue
New York, NY 10016
Number Street City State Zip Code

Last 4 digits of account number $75,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

4.5 Steven Gonzalez
Nonpriority Creditor's Name
c/o Rosen Karol & Salis
110 East 55th Street
New York, NY 10023
Number Street City State Zip Code

Last 4 digits of account number Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 348,606.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 348,606.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Greg Manuel Gonzalez | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Lexus | Car lease paid by family |
| 2.2 | Mercedes Benz | Car lease paid by busines |
| 2.3 | Wagoneer | Car lease paid by family |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Greg Manuel Gonzalez
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known):

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☒ No
☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |
| 3.2 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Greg Manuel Gonzalez

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (If known):

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date: ________ MM / DD/ YYYY

# Official Form 106I
# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed ☐ Not employed | ☒ Employed ☐ Not employed |
| **Occupation** | Self -Employed | |
| **Employer's name** | Manhattan Parking Group | |
| **Employer's address** | 545 Fifth Avenue, Suite 600<br>New York, NY 10017 | |
| **How long employed there?** | 38 Years | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| (Average income and distributions from all sources) | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 110,000.00 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 110,000.00 | $ 0.00 |

Debtor 1 Greg Manuel Gonzalez | Case number (*if known*)

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 110,000.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions (Estimated monthly tax)** | 5a. | $ 45,000.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 45,000.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 65,000.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 1,357.20 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10. $ 65,000.00 + $ 0.00 = $ 65,000.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. **+**$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies 12. $ 65,000.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ☒ No.
- ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 Greg Manuel Gonzalez

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☒ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent.............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ☐ No ☒ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 11,252.08<br>New Rochellle (including escrows) |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 1,071.22 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 2,625.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 276.14 |

Debtor 1 Greg Manuel Gonzalez Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 1,870.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 550.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 640.00 |
| | 6d. Other. Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 2,708.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. | **Personal care products and services** | 10. | $ 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ 1,500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 5,000.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 1,000.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 3,376.77 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 947.39 |
| | 15d. Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 881.56 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 875.63 |
| | 17c. Other. Specify: | 17c. | $ 0.00 |
| | 17d. Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: Daughter Mother-in-law's rent, daughter's expenses and club fees | 19. | $ 5,600.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $ 6,074.15 Florida |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 657.34 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 833.33 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 691.05 |
| 21. | **Other:** Specify: | 21. | +$ 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | | $ 48,809.66 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ 48,809.60 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ 65,000.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ 48,809.60 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ 16,190.40 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes. Explain here:

Fill in this information to identify your case:

Debtor 1 Greg Manuel Gonzalez
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person ______ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Greg Manuel Gonzalez
Greg Manuel Gonzalez
Signature of Debtor 1

Date August 21, 2026

X ______
Signature of Debtor 2

Date ______



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Greg Manuel Gonzalez
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known):

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1: Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

☒ Married
☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2 Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 Sources of income Check all that apply. | Debtor 1 Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Debtor 2 Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year: (January 1 to December 31, 2025 )** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $1,320,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez Case number (*if known*)

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| Debtor 1<br>**Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | Debtor 2<br>**Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
|---|---|---|---|

**Part 3: List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.
☒ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| M&T Bank | See Schedule J - "Expenses" | | | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Shellpoint Mortgage Company | See Schedule J - "Expenses" | | | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☒ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Mother in law | | | | Paid her rent from joint checking |
| Three Daughters f | | | | Paid various expenses from joint checking |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Clifford Gonzalez and Steven Gonzalez v. Greg Gonzales<br>01-23-0006-0053 | Arbitration | American Arbitration Association | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 5: List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☒ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| Mother in law/Daughter/Grandchildren | | | $10,000.00 |
| Person's relationship to you: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6: List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7: List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Goldberg Weprin Fnkel Goldstein LLP<br>125 Park Avenue<br>12th Floor<br>New York, NY 10017 | | | $35,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 10: Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

☒ ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**

☒ ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**

☒ ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11: Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| Part owner of parking garage businesses<br>as reflected on the spreadsheet<br>incuded as part of the schedules | Parking Garages | EIN:<br>From-To |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12: Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Greg Manuel Gonzalez<br>Greg Manuel Gonzalez<br>**Signature of Debtor 1** | **Signature of Debtor 2** |
|---|---|
| **Date** August 21, 2026 | **Date** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Greg Manuel Gonzalez Case number (if known)

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date issued |
|---|---|

**Part 12: Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| /s/ Greg Manuel Gonzalez<br>Greg Manuel Gonzalez<br>Signature of Debtor 1 | Signature of Debtor 2 |
| Date August 21, 2026 | Date |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**United States Bankruptcy Court**
**Southern District of New York, White Plains Division**

In re Greg Manuel Gonzalez
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: August 21, 2026

/s/ Greg Manuel Gonzalez
Greg Manuel Gonzalez
Signature of Debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Aronauer & Yudell LLP
711 Westchester Avenue
White Plains, NY 10604

Clifford Gonzalez
c/o Rosen Karol & Salis
110 East 55th Street
New York, NY 10023

Internal Revenue Service
Centralized insolvency Operations
PO Box 7346
Philadelphia, PA 19101

JPMorgan Chase Bank
Quaker Ridge Shopping Center
New Rochelle, NY 10804

Lazarus and Lazarus P.C.
240 Madison Avenue
New York, NY 10016

M&T Bank
1 M&T Plaza
Buffalo, NY 14203

NYS Department of Taxation
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205

Shellpoint Mortgage Corp.
75 Beattie Place
Greenville, SC 29601

Steven Gonzalez
c/o Rosen Karol & Salis
110 East 55th Street
New York, NY 10023